**Kenneth L Neeley  #25899**
**James R. Tschudy  #27039**
Neeley Law Firm, PLC
3190 S Gilbert Rd, Suite 5
Chandler, AZ 85286
Phone: 480.802.4647
Fax: 480.907.1648
Web: www.NeeleyLaw.com

*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: <br><br> **MARK D. STUDEBAKER** <br><br> And <br><br> **BRENDA S. STUDEBAKER,** <br><br> Debtors. | Chapter 7 <br> Case No.: 2:09-bk-29650-RJH <br><br> **DEBTORS' MOTION TO DELAY DISCHARGE IN ORDER TO CONVERT TO A CHAPTER 13** |

NOW COME the above named debtors, by and through their attorneys of record in this case, and respectfully move for an order delaying discharge.

1. Debtors believe they will need to convert to a Chapter 13 in order to preserve secured property that is vital to the health, safety and welfare of their family.

**WHEREFORE**, the Debtor prays for an Order Delaying Discharge and Extending Time to allow for filing motion for conversion, and for such additional or alternative relief as may be just and proper.

Submitted this 7th day of April, 2010.    Neeley Law Firm, PLC

/s/ Kenneth L Neeley
Kenneth L. Neeley
James R. Tschudy
*Attorneys for Debtors*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served upon any Creditor listed above by U.S. Mail, the U.S. Trustee by ECF, and the Chapter 7 Trustee by ECF on this 7th day of April, 2010.

                                            Neeley Law Firm, PLC

                                            /s/ Kenneth L Neeley
                                            Kenneth L Neeley
                                            3190 S Gilbert Rd, Suite 5
                                            Chandler, AZ 85286
                                            *Attorney for Debtor*