**Kenneth L Neeley**
Neeley Law Firm, PLC
3190 S Gilbert Rd, Suite 5
Chandler, AZ 85286
Phone: 480.802.4647
Fax: 480.907.1648
Web: www.neeleylaw.com
Arizona Bar No.: 25899

*Attorney for Debtors*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In Re:

**Mark D. & Brenda Studebaker,**

    Debtors.

Chapter 7
Case No.: 2:09-bk-29650-RJH

**MOTION TO CONVERT A CASE UNDER CHAPTER 7 TO A CASE UNDER CHAPTER 13**

Pursuant to 11 U.S.C. § 706(c), the above-named Debtor(s) requests that this court enter an Order converting this case under Chapter 7 to a case under Chapter 13 of the Bankruptcy code (title 11 of the United States Code), on the grounds set forth below.

1. On November 17th, 2009 the above-named Debtors filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code.
2. Pending amendments to the Debtor's Schedules demonstrate the ability to fund a Chapter 13 plan.
3. Debtors desire the opportunity to repay what they can to their unsecured creditors.
4. This case has not been previously converted under 11 U.S.C. § 1112, § 1208, or § 1307.

WHEREFORE, Debtor(s) prays for an Order converting this case under Chapter 7 to Chapter 13 of the Bankruptcy Code.

Submitted this 29th day of April, 2010 .      Neeley Law Firm, PLC

/s/ Kenneth L Neeley
Kenneth L Neeley
3190 S Gilbert Rd, Suite 5
Chandler, AZ 85286
*Attorney for Debtor(s)*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served upon: any Creditor(s) named above by first class U.S. Mail, the U.S. Trustee by ECF, and the Chapter 7 Trustee by ECF on this 29th day of April, 2010.

                                              Neeley Law Firm, PLC

                                              /s/ Kenneth L Neeley
Kenneth L Neeley
3190 S Gilbert Rd, Suite 5
Chandler, AZ 85286
*Attorney for Debtor(s)*