**Kenneth L Neeley**
Neeley Law Firm, PLC
3190 S Gilbert Rd, Suite 5
Chandler, AZ 85286
Phone: 480.802.4647
Fax: 480.907.1648
Web: www.neeleylaw.com
Arizona Bar No.: 25899

*Attorney for Debtors*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re.

MARK AND BRENDA STUDEBAKER,

Debtors.

Chapter 13
Case No.: 2:09-bk-29650-RJH

**MOTION TO CONVERT CASE FROM CHAPTER 13 TO CHAPTER 7 AND WAIVE 341 HEARING AND BAR DATE**

Pursuant to 11 U.S.C. § 1307(a) and Fed. R. Bankr. P. 1019(2) the above-named Debtors move this Court to enter an Order converting this case under Chapter 13 to a case under Chapter 7 of the Bankruptcy Code and to waive the Meeting of Creditors under 11 U.S.C. § 341 and objection period under 11 U.S.C. § 523 and § 707, on the grounds set forth below.

1. On November 17th, 2009, the above-named Debtors filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code.
2. On December 22nd, 2009, the above-named Debtors attended a Meeting of Creditors, in which there were no creditor appearances.
3. On February 22nd, 2010, the bar date for objections under § 707 or objections to dischargeability passed, without any objections.
4. On May 4th, 2010, Debtors' case was converted to Chapter 13 of the Bankruptcy Code, pursuant to 11 U.S.C. § 706(c).
5. Upon preparing the Chapter 13 plan, Debtors have determined that no disposable income exists and therefore a Chapter 13 plan will not be feasible.
6. This case has not been previously converted under 11 U.S.C. § 1112, § 1208, or § 1307.

1    7. Debtors' original Meeting of Creditors occurred on December 22nd, 2009. Therefore, pursuant to 11 U.S.C. § 707(b)(c) the period for filing a new motion and/or claim is expired.

**WHEREFORE**, Debtors pray for an Order converting this case under Chapter 13 to a case under Chapter 7 of the Bankruptcy Code and waiving a new 341 Hearing and objection periods; or such other relief that the Court may deem just and proper.

Submitted this 7th day of June, 2010.                  Neeley Law Firm, PLC

<u>/s/ Kenneth L. Neeley</u>
Kenneth L. Neeley
3190 S. Gilbert Rd. Suite 5
Chandler, AZ 85286
*Attorney for Debtors*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served upon: any Creditor(s) named above by first class U.S. Mail, the U.S. Trustee by ECF, and the Chapter 13 Trustee by ECF on this 7th day of June, 2010.

                                              Neeley Law Firm, PLC

                                              /s/ Kenneth L Neeley
                                              Kenneth L Neeley
                                              3190 S Gilbert Rd, Suite 5
                                              Chandler, AZ 85286
                                              *Attorney for Debtors*