**Kenneth L Neeley**
Neeley Law Firm, PLC
3190 S Gilbert Rd, Suite 5
Chandler, AZ 85286
Phone: 480.802.4647
Fax: 480.907.1648
Web: www.neeleylaw.com
Arizona Bar No.: 25899

*Attorney for Debtors*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re.

MARK AND BRENDA STUDEBAKER,

    Debtors.

Chapter 13
Case No.: 2:09-bk-29650-RJH

**NOTICE OF WITHDRWAL OF MOTION TO REINSTATE AUTOMATIC STAY**

    Please take notice that Debtors withdraw their Motion to Reinstate the Automatic Stay filed on May 5, 2010.

    Counsel for Debtors has consulted with counsel for the Creditor as to which stay protection was being sought, and Counsel for Creditor consents to the withdrawal of the Motion.

    Submitted this 10th day of June, 2010.    Neeley Law Firm, PLC

/s/ Kenneth L. Neeley
Kenneth L. Neeley
3190 S. Gilbert Rd. Suite 5
Chandler, AZ 85286
*Attorney for Debtors*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served upon: Counsel for the Creditor named above by ECF, the U.S. Trustee by ECF, and the Chapter 7 Trustee by ECF on this 10th day of June, 2010.

        Neeley Law Firm, PLC

        /s/ Kenneth L Neeley
        Kenneth L Neeley
        3190 S Gilbert Rd, Suite 5
        Chandler, AZ 85286
        *Attorney for Debtors*